IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD BANKS, | : |
|     Plaintiff | : |
|       v. | : Case No. 3:21-cv-144-KAP |
| JOHN E. WETZEL, Secretary, | : |
| Pennsylvania Department of Corrections, | : |
| *et al.*, | : |
|     Defendants | : |

## Memorandum Order

    I ordered plaintiff's complaint to be served on defendant Beck and the Marshal accordingly did so, beginning as is customary with a waiver of service. No waiver has been returned, nor has counsel appeared for defendant.

    The Marshal shall therefore make personal service of the complaint on defendant Beck as directed by plaintiff, costs of service to be advanced by the United States. Pursuant to Rule 4, upon service defendant Beck shall show cause why service costs should not be imposed on him.

DATE:  March 14, 2022

                                                    Keith A. Pesto,
                                                    United States Magistrate Judge

Notice by U.S. Mail to:

    Donald Banks MM-1854
    S.C.I. Albion
    10745 Route 18
    Albion, PA 16475